FULL NAME
JESSE WASHINGTON

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
California Men's Colony (East)
~~Highway 1, P.O. Box 8101~~
San Luis Obispo, CA 93409-8101

PRISON NUMBER (if applicable)
(D-23593)

Number of pages scanned: ~~15~~

(Date)      (Initials)

on 2/11/21 by ~~MR~~
Scanned at CMC and E-mailed

(Date)

Received 2/11/21

**FILED**
**CLERK, U.S. DISTRICT COURT**

2/11/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: DTA             DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JESSE WASHINGTON, et al.,
(Addition Plaintiffs page 1A)

                                    PLAINTIFF,

                    V.

J. GASTELO,
J. BONNIFIELD,
D. GOTTESFELD,              DEFENDANT(S).

CASE NUMBER    2:21-cv-01309-DOC-JEM

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983  CLASS ACTION
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many?  ___Five___

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

WASHINGTON V. GUSTAFSON, et al., No.2:14-cv-0628-TLN-DB-PC
Filed March 7, 2014 (Global Settlement October 25, 2019).

WASHINGTON V. GAMBOA, et al., No.1:17-cv-00302-LJO-EPG-PC
Filed March 3, 2017 (Global Settlement October 25, 2019).

WASHINGTON V. ROUCH, et al., No.1:15-cv-00725_DAD-BAM-PC
Filed February 1, 2016 (Summary Judgment Disposition).

WASHINGTON V. DAVE DAVEY, et al., No.1:18-cv-01449-JDP-PC
Filed October 19, 2018 (Global Settlement October 25, 2019).

(continuing page 1A)
Additional Plaintiffs:

BLAIR HAYS (#AH0034)   Grievance #CMC-E-18-03810

DAVIONNE DUNSON (#AU2902) Grievance #CMC-E-20-00761

JERIT AARON (#AW5641) Grievance #CMC-E-20-01284

JOHN LEE (#AW0379)

DARBY AVERY (#T-39009)

JOSEPH HERNANDEZ (#BF8525) Grievance #CMC-E-20-00973

ARTHEL SIMMONS (#AE2888)

EDWARD CASTON (#F08765)

JOHN ORTIZ (#AS6178)

GREGORY DOWNS (#J-42693)
KISASI LIGGINS (#AK1122)

1A

a. Parties to this previous lawsuit:
Plaintiff ____ JESSE WASHINGTON .

Defendants ___ J. GASTELO, et al.,

b. Court ___ UNITED STATES CENTRAL DISTRICT OF CALIFORNIA

c. Docket or case number _____ 2:18-cv-08450

d. Name of judge to whom case was assigned Christina A. Snyder/Jacqueline Chooljain

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ___ Global Settlement October 25, 2019

f. Issues raised: ____ Denial of Religious Meat Alternative Diet Tray.

g. Approximate date of filing lawsuit: ___ September 24, 2018.

h. Approximate date of disposition ___ October 25, 2019.

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes · ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not ___ N/A

4. Please attach copies of papers related to the grievance procedure.
(See attachment #1, Plaintiffs' Appeals)

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___ JESSE WASHINGTON, et al (see pg. 1A)
(print plaintiff's name)
who presently resides at ___ Highway 1, P.O. Box 8101, San Luis Obispo, CA 93409 ,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
California Men's Colony (East) State Prison
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

Page 2 of 6

on (date or dates) _____7-26-19_____ , _____1-1-19_____ , _____7-26-19_____ .
                        (Claim I)              (Claim II)             (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than
         five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant ___J. GASTELO_____ resides or works at
                (full name of first defendant)
              ___Highway 1, P.O. Box 8101, San Luis Obispo, CA 93409_____
                (full address of first defendant)
              ___Warden_____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_Defendant Warden J. Gastelo was personally responsible for ensuring_
_Plaintiffs received Religious Services, knowing and failed to assist._

2.  Defendant ___J. BONNIFIELD_____ resides or works at
                (full name of first defendant)
              ___Highway 1, P.O. Box 8101, San Luis Obispo, CA 93409___.
                (full address of first defendant)
              ___Community Resource Manager_____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_Defendant J. Bonnifield was active Community Resource Manager and was_
_directly assigned overseer of all Religious Services, didn't assist._

3.  Defendant ___D. GOTTESFELD_____ resides or works at
                (full name of first defendant)
              ___Highway 1, P.O. Box 8101, San Luis Obispo, CA 93409_____
                (full address of first defendant)
              ___Rabbi Jewish Chaplain_____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_Defendant D. Gottesfeld was assigned to supervise the Friday Jumu'ah_
_Prayer Services and failed to carryout his assigned duties._

4.  Defendant _____ N/A _____ resides or works at

   (full name of first defendant)

   _____ N/A _____

   (full address of first defendant)

   _____ N/A _____

   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____ N/A _____

5.  Defendant _____ resides or works at

   (full name of first defendant)

   _____

   (full address of first defendant)

   _____

   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____ N/A _____

D. CLAIMS:

## CLAIM II

THE PLAINTIFFS FURTHER ALLEGE THAT THE NAMED DEFENDANTS DID VIOLATED
THEIR FIRST AMENDMENT CONSTITUTIONAL RIGHTS TO ATTEND THEIR SCHEDULED
TUESDAYS AND THURSDAYS EVENING TA'LEEM RELIGIOUS SERVICES FROM JAN-
UARY 1. 2019 THROUGH MAY 1, 2020.

SUPPORTING FACTS :
                 (SEE SUPRA I)



## CLAIM III

THE PLAINTIFFS FURTHER ALLEGE THAT THE DEFENDANTS DID SUBJECTED THE
PLAINTIFFS TO ACTS OF DISCRIMINATORY AMINUS BY INTENTIONALLY DENYING
THEM EQUAL RIGHTS AND ACCESS TO THE CMC-EAST INTERFAITH CHAPEL TO
PRACTICE THEIR RELIGIOUS FRIDAY'S JUMU'AH PRAYER SERVICES AND TUESDAYS
AND THURSDAYS TA'LEEM SERVICES AS PROVIDED TO SAME SITUATED INMATES OF
THE CHRISTIANS, COTHOLICS, JEWISH, NATIVE AMERICANS, etc, RELIGIOUS
FAITHS, SOLELY DUE TO THE PLAINTIFF'S RELIGIOUS FAITH.

SUPPORTING FACTS:
                 (SEE SUPRA I)

(51)

## D. CLAIMS*

CLAIM I

The following civil right has been violated:

PLAINTIFFS ALLEGE THAT THE DEFENDANTS DID INTENTIONALLY DISREGARDED

AND FAILED TO ENSURE THAT THE PLAINTIFFS EXERCISED THEIR FIRST AMEND-

MENT CONSTITUTIONAL RIGHTS TO ATTEND RELIGIOUS OBLIGATORY FRIDAY'S

JUMU'AH PRAYER SERVICES FROM JULY 26, 2019 THROUGH APRIL 15, 2020,

AND REFUSED TO COMPLY WITH REQUESTED ALTERNATIVE SECURITY MEASURES

BY PROVIDING SUBSTITUTE SUPERVISING STAFFMEMBER(S).

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1.    Lead Plaintiff Jesse Washington (#D-23593), and all other

Plaintiffs ( 6 ), are California State Prisoners and were confined to

California Men's Colony (CMC-East) State Prison in San Luis Obispo,

California.  The Plaintiffs (collectively) having filed this 42 U.S.C.

Section 1983 Civil Rights Class Action Complaint against Defendants

whom are Correctional Officials employed at (CMC-EAst) State Prison,

alleingly having violated the Plaintiffs' First and Fourteenth Amend-

ment Constitutional Rights to practice their obligatory Jumu'ah Prayers

and Ta'leem Services during 2019 through 2020 acting with intentional

Discriminatory Aminus.

2.    Plaintiffs further request Court's leave to file this Civil

Rights Action under the guidelines of Federal Rules of Civil Procedure

(F.R.Civ.P.) Rule 23 Class Action Suit.

3.    It is alleged that the Plaintiffs were housed at (CMC-East) State

(continuing page 5A)

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

(continuing page 5-1)

(continuing page 5A)
D. Claims-Supporting Facts:

Prison during January 1, 2019, an participants of the Islamic

Faith under the leadership of Imam Enrique Rasheed at Interfaith

Chapel on East Facility.

4.   Imam Rasheed had informed the Muslim Inmates on Facili-
ies A-B-C-D that it was his intentions to reside from the Imam
position due to personal family matters and that he had applied
for another Imam position out of the country.

5.   Further Imam Rasheed had took the necessary steps to
ensure the (CMC-East) Administration to include the Defendants
Warden J. Gestelo, J. Bonnifield, Gottesfeld, and others, that
he had recommended two possible Imams that were willing to fill
Imam Rasheed's vacancy once he resided.

6.   Prior to Imam Rasheed's departure from (CMC-East), it
was part of his assigned job requirement to supervise other Re-
ligious Services on both East and West Facilities, inspited of
the different faiths and belief.

7.   According to the Islamic Princinples Imam Rasheed es-
stablished the obligatory Friday's Jumu'ah Prayer at the Inter-
Faith Chapel from 1200 to 1400 hours, and the Tuesdays and Thrus-
days Ta'lee$^m$(Study) Services from 1730 to 2030 hours, to ensure
that all Muslim Inmates were receiving and understanding the
essential Tenets of the Islamic Faith.

8.   On 8-6-19, Plaintiff Washington (D-23593) submitted a
CDCR-22 Request Form to Defendant Bonnifield requesting a sub-.
stitute superviser for the Friday's Jumu'ah Prayer Service due
to Imam Rasheed's absence preparing for his departure from

5A

(continuing page 5B)
D. Claims-Supporting facts:
(CMC-East) as Imam.

9.    On 8-13-19, Defendant Bonnifield responded to the CDCR-22 form indicating that CMC-East will start the process of hiring once staff separates from employment.

10.    On 8-21-19, Plaintiff Washington (#D-23593) submitted a CDCDR -22 form to the Plaza Watch/Lieutenant requesting his direct assistance with contacting Defendant Bonnifield to have supervising staff to supervise the Muslim's Friday Jumu'ah Prayer Services at the InterFaith Chapel.

11.    On 8-24-19, Watch/Lieutenat Bowder respoded to CDCDR-22 form with instructions to Plaintiff that it will be better to address Defendant Bonnifield with requested substitute for supervising the Friday's Jumu'ah Prayer Services at Interfaith Chapel.

12.    On 8-30-19, Defendant Bonnifield generated a CDCR-Memorandum authorizing Islamic Friday's Jumu'ah Prayer Services at East InterFaith Chapel on September 6,13,20, and 27-2019.

13.    On 11-11-19, Plaintiff Washington (D-23593) submitted an additional CDCR-22 to Defendant Bonnifield requesting an in personal interview with him to determine the best approach on providing Muslim Inmates of Fac ilities A-B-C-D with obligatory Tuesdays and Thursdays Ta'leem Services, at which time had not be provided since 8-1-2019.

14.    On 8-14-19, Defendant Gottesfeld responded to the 11-11-19 CDCR-22 stating that he was only on the Eastside of CMC-East on Wednesdays and Frridays and for Plaintiff to stop by

5B

(continuing page 5C)
D. Claims-Supporting facts:

1  for an interview with him.

2      15.   On 12-3-19, Defendant Bonnifield generated another

3  CDCR-Memorandum for December 6,13,20, and 27-2019 for the

4  Muslim's Friday Jumu'ah Prayer Services at East InterFaith

5  Chapel.

6      16.   On 12-11-19,  Plaintiff Washington (#D-23593) filed a

7  Grievance log#CMC-E-19-03715 objecting to the failure of CMC-

8  East Staffmembers to provide Muslim Inmates on Facilities A-B-

9  C-D with obligatory Tuesdays and Thursdays Ta'leem Services

10 since January 2019, and Jumu'ah Prayer Services on November 8,

11 22, and 29,2019, when Religious services are being provided to

12 allother Christians, Jewish, Cotholics, Native Americans, etc,

13 at the CMC-East InterFaith Chapel.

14     17.   On 12-30-19, Correctional Sergeant (Sgt) M.K. Jones

15 intervied Defendant Bonnifield regarding Plaintiff's Grievance

16 log#CMC-E-19-03715, stating that he was attempting to hire a

17 replacement Imam for Islamic Religious Services but was cur-

18 rently unable to find one.

19     18.   Thereafter on 12-31-19,(Sgt) Jones responded to the

20 Plaintiff's Grievance log#CMC-E-19-03715, interviewing me and

21 stating that Defendant Gottesfeld was  assigned to supervise

22 Facilities A-B-C-D Muslim Inmates Friday Jumu'ah Prayer Ser-

23 vices held on September 6,13, and 20,2019, and that the 27

24 Day was not scheduled or held.

25     19.   Plaintiff made (Sgt) Jones aware of the fact that the

26 Muslim's Friday Jumu'ah Prayer Services had not been conducted

27

28

(continuing page 5D)
D.   Supporting facts:

on the following days (7-26-19, 8-23-30-19, 9-27-19, 10-11-19, 11-1-22-29-19, and 12-27-19), and that all other Religious Services for the Christians, Jewish, Cotholics, Native Americans, etc, were being held on their scheduled days, which were in violation of the Plaintiffs' First Amendment Rights to practice their Tenet belief, as well as subjecting the Plaintiffs to acts of discriminations, allowing same situated inmates theirservices.

20.   Plaintiff Washington (D-23593) further made(Sgt) Jones aware of the fact that Plaintiff Washngton (#D-23593), I/M Weaver (J-62752) and I/M- Clerk Cofield (#G-31012) were the approved I/M Ministers through Imam Rasheed to conduct Fridays Jumu'ah Prayer Services, and that the Plaintiffs were only requesting supervising staff to secure security measures until another Imam was hired.

21.   Inspited of the Plaintiffs' continuing to request the CMC-East Staffmembers (to include Defendants Gastelo, Bonnifield and Gottesfeld) to just allow the Muslim Inmates on Facilities A-B-C-D to conduct their own services by providing the supervising staff for the scheduled times (Jumu'ah 1200-1400 hours on Fridays) and ( Tuesdays and Thursdays Ta'leem Services from 1730 t0 2030 hours), which Defendants Gastelo, Gottesfeld, and Bonnifield failed and/or refused to do.

22.   PLAINTIFFS ALLEGE THAT DEFENDANTS ACTIONS DID VIOLATED THE PLAINTIFFS' FIRST AMENDMENT CONSTITUTIONAL RIGHTS TO PRACTICE THEIR RELIGIOUS OBLIGATORY FRIDAY JUMU'AH PRAYER SERVICES BY REFUSING AND FAILING TO PROVIDE SUBSTITUTE SUPERVISING STAFFMEMBER(S) FOR SECURITY MEASURES.

5D

(continuing page 5E)
D. Claims-Supporting Facts:

23.   PLAINTIFFS FURTHER ALLEGE THAT THE DEFENDANTS DID ALSO
VIOLATED THEIR FIRST AMENDMENT CONSTITUTIONAL RIGHTS TO ATTEND
THEIR SCHEDULED TUESDAYS AND THURSDAYS RELIGIOUS TA'LEEM SER-
VICES DURING THE EVENING HOURS OF 1730 THROUGH 2030 HOURS RE-
FUSING TO PROVIDE SUBSTITUTE SUPERVISING STAFFMEMBER.

24.   The Plaintiffs were continuedly denied their Fridays
Jumu'ah Prayer Services and evening Tuesdays and Thursdays
Ta'lee Services on January 3,10,17, and 24, 2020; and February
7,14,21, and 29, 2020, at the East InterFaith Chapel as the
Defendants Gastelo, Bonnifield, and Gottesfeld's actions were
non-responsive to the Plaintiffs' repeated requests for services.

25.   On 2-10-20, Plaintiff Washington's (#D-23593) Grievance
log#CMC-E-19-03715 was responded to on the second level review
through Defendant Warden Gastelo's Office as Partially Granted.

26.   On 2-23-20, Plaintiff Washington (#D-23593), submitted
an additional CDCR-22 Inmate Request Form to Defendant Warden
Gastelo's Office requesting her immediate approval for Plaintiff
Washington (#D-23593) as approved I/M Minister for the Muslim
Inmates on Facilities A-B-C-D, to conduct the Fridays Jumu'ah
Prayer Services with the assistance of Substitute Supervising
Staffmember.  The CDCR-22 Request Form was not answered.

27.   On 3-2-20, Defendant Gottesfeld responded to Plaintiff
Washington's (#D-23593) CDCR-22 Request Form stating that the
CMC-East Administration was in the process of hiring an Imam
to start April or May 2020.

28.   On 3-6-20, Plaintiff Washington (#D-23593), was inter-
                              5E

(continuing page 5F)
D. Claims-Supporting Facts:

viewed at the East InterFaith Chapel by Native American Spiritual Leader during the 0900 hours about being the standin substitute staffmember for the Fridays Jumu'ah Prayer Services. He was not available to assisted the Jumu'ah Prayer Services on Fridays due to his on Native American Sweat Lodge actives at the same hours as Jumu'ah Prayer Services.

29. Later that evening on 3-6-20, Plaintiff Washington (#D-23593), was interviewed by Facility A Program Office (Sgt) Jones at 1730 hours, and he informed Plaintiff Washington (#D-23593) that he was personally interviewing several staffmembers to sit in as security during the Fridays Jumu'ah Prayer Services. And that Defendants Gottesfeld was out on sick leave, and Bonnifield was out on vacation.

30. Sometime around 3-15-20, or shortly thereafter, the CMC-East State Prison Facilities A-B-C-D went on Emergency Modified Lockdown due to the COVID-19 Pandemic that had effected the entire State of California, as well as the United States of America.

31. The CMC-East State Prison Facility A-B-C-D inmates were not allowed to attend any Religious Services due to the COVID-19 Pandemic, and thereforth, the Muslim Inmates were no longer being discriminated against not atteding Fridays Jumu'ah Prayer Services nor the Tuesdays and Thursdays Ta'leem Services, based on same situated inmates of other Religious Services such as Christians, Jewish, Native American, Catholics, etc.

32. PLAINTIFFS ALLEGE THAT THE DEFENDANTS DID INTENTIONALLY VIOLATED THEIR FOURTEENTH AMENDMENT CONSTITUTIONAL RIGHTS TO

5F

(continuing page 5G)
D. Claims-Supporting Facts:

BE TREATED EQUALLY FAIR AS SAME SITUATED INMATES THAT WERE

AFFORDED THEIR RELIGIOUS SERVICES IN THE EAST INTERFAITH CHAPEL

THAT WERE DENIED TO THE PLAINTIFFS SOLELY BASED ON PLAINTIFFS'

ISLAMIC FAITH.

33.    Plaintiffs allege that during the months of 7-26-19

through 3-15-20, the Plaintiffs were forced to attend the East

.InterFaith Chapel School of the Bible (Christians Services) in

an effort to gain spiritual insight obtaining Certificate of

Completion in Religious Actives and Studies contrary to their

own Religious Actives and Studies.

34.    I declare under the penalty of perjury that the above

stated facts are true and correct under the Laws of the United

States of America.

35.    Executed on this 22ND Day Of December, 2020,

in San Luis Obispo, California.

Lead Plaintiff/Declarant

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1.  Grant each named Plaintiffs compensatory damages in the sum of Five Thousand Dollars ($5,000.00) against each named Defendants in individual capacity.

2.  Grant each named Plaintiffs punitive damages in the sum of Seventy-Five Hundred Dollars ($7,500.00) against each named Defendants in their individual capacity.

3.  Grant the Plaintiffs nomimal damages in the sum of One Dollar ($1.00) for the alleged First Amendment Constitutional Violation.

4.  Issue a Declatory Judgment Statement declaring the Rights of each Parties involved in this civil matter.

5.  Issue an Order for Injunctive Relief that Warden J. Gastelo and Agents provide the Plaintiffs with their obligatory Jumu'ah Prayer Services on Fridays, and the Tuesdays and Thursdays Ta'leem Services during all regular programs, except when there are legitimate security concerns for normal operation of the Institution.

6.  Order the Defendants to secure all costs that were incurred by Plaintiffs, due to the filing of this civil matter.

7.  Grant the Plaintiffs all other additional costs that this Court deems appropriate under the governing Laws.

_12-22-2020_
(Date)

_Jesse W culit_
(Signature of Plaintiff)